McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:   (916) 554-2900
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:   (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. MITCHELL,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CASE NO. **2:05-CV-02320-GEB-KJM**<br><br>STIPULATION AND [proposed] ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

     On remand the ALJ will be directed to: 1) assess the claimant's credibility in accordance with the regulations and rulings; 2) update the medical record; 3) obtain medical expert

Mitchell v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-02320-GEB-KJM                    1

1 testimony to further consider whether the severity of claimant's
2 impairments meet or equal a listed impairment; 4) obtain
3 supplemental vocational expert testimony, to include
4 clarification as to whether the claimant has transferable skills;
5 and 5) hold a new hearing, and issue a new decision.

6     It is further stipulated that the decision below is
7 hereby vacated and that the Clerk of this Court shall be directed
8 to enter a separate judgment herein, as provided for under Rules
9 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
10 <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

11     The parties further stipulate that Plaintiff's counsel
12 shall return a facsimile of this stipulation bearing his
13 signature for retention by Defendant's counsel, and that
14 Defendant shall e-file this stipulation pursuant to applicable
15 local rules.

16 DATED: June 2, 2006      /s/ Bruce J. Hagel
17     BRUCE J. HAGEL
    Attorney at Law

18     Attorney for Plaintiff

19
20 DATED: June 5, 2006      McGREGOR W. SCOTT
    United States Attorney
    BOBBIE J. MONTOYA
21     Assistant U. S. Attorney

22     By: /s/ Bobbie J. Montoya for
    DONNA M. MONTAÑO
23     Special Assistant U. S. Attorney

24     Attorneys for Defendant

OF COUNSEL:
25 LUCILLE GONZALES MEIS
Chief Counsel, Region IX
26 U.S. Social Security Administration

27
Mitchell v. Barnhart
Stip & Order of Remand (Sentence 4)
28 2:05-cv-02320-GEB-KJM      2

1
2
3                                  ORDER

4        <u>Mitchell v. Barnhart</u>, Case No. 2:05-cv-02320-GEB-
5   KJM, is hereby remanded pursuant to the stipulation of the
6   parties.  The case is dismissed and the Clerk is directed to
7   enter Judgment.
8
9        SO ORDERED.
10  Dated:  June 7, 2006
11
                                  <u>/s/ Garland E. Burrell, Jr.</u>
12                                GARLAND E. BURRELL, JR.
                                  United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Mitchell v. Barnhart
    Stip & Order of Remand (Sentence 4)
28  2:05-cv-02320-GEB-KJM                3